Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of SAMUEL GREENBERG, Respondent, for Compensation under the Workmen's Compensation Law, v. ABRAHAM GEFFNER and MAX KOCH, Employers, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Insurance Carrier, Appellants.— Sent back to the Commission.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JACK CONLEY, Respondent, for Compensation under the Workmen's Compensation Law, v. WILLIAM CRAWFORD, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Withdrawn.

FRANK W. MONROE, Appellant, v. PAUL POLESCHNER, Respondent, and A. Voss (Whose First or Christian Name in Full Is Unknown to Plaintiff), Defendant.— Order unanimously affirmed, with ten dollars costs and disbursements.

MORRIS MALTZ, Appellant, v. J. VERNON DU BOIS and LESTON DU BOIS, Respondents.— Judgment and order unanimously affirmed, with costs.

NEW YORK CENTRAL RAILROAD COMPANY, Respondent, v. WILLIAM BARNET and HENRY B. BARNET, Appellants.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK CASSIDY, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Respondent. — Order appealed from unanimously affirmed on the opinion of Howard, J., at Special Term. [Reported in 112 Misc. Rep. 257.] Leave to appeal to the Court of Appeals is granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES E. NOEL and KATHERINE NOEL, Respondents, v. MARY ODELL, Appellant.— Motion denied.

RENSSELAER AND SARATOGA RAILROAD COMPANY v. DELAWARE AND HUDSON COMPANY and ROSCOE IRWIN, as Collector of United States Internal Revenue, Fourteenth District, State of New York.— Motion denied.

ANNA RUPPERT and Others, as Executors, etc., of JACOB RUPPERT, Deceased, Appellants, v. GERMANIA BANK, Respondent. ANNA RUPPERT and Others, as Executors, etc., of JACOB RUPPERT, Deceased, Appellants, v. YORKVILLE BANK, Respondent.— Motion denied.